# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CIVIL ACTION NO. 5:15-CV-105-DCK

| | | |
|---|---|---|
| **JAMES CLOER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **J.C. PENNEY COMPANY, INC.; J.C. PENNEY** | ) | |
| **CORPORATION, INC.; J.C. PENNEY** | ) | |
| **PROPERTIES, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Mr. Lin B. Hollowell, Jr., has submitted a letter informing the Court that the parties have settled this case. See (Document No. 10). The Court commends the parties and counsel for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **September 22, 2016**.

Signed: August 22, 2016

David C. Keesler
United States Magistrate Judge